Amended
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Michael B. | U.S. Bankruptcy Court | 12/19/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

241 Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608-1507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Rutgers University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Open ended | Thomson Rueters Publishing Agreement, 5% royalty on sales of Consumer Bankruptcy Manual |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Rutgers-Salary | $4,680.00 |
| 2. 2016 | West Services-Royalty | $2,785.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Oveh Shalom of Bucks County - Salary |
| 2. 2016 | Federation Day Care Services |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Winter Meeting (CFSC) | 04/07/2016 | Montreal, Canada | Educational | hotel, travel |
| 2. | George Mason JEP | 05/22/16 to 05/24/2016 | Arlington, VA | Educational | hotel, travel |
| 3. | ABI | 10/6/2016 to 10/7/2016 | Washington, DC | Educational | hotel, travel |
| 4. | George Mason JEP | 12/20/2016 | Arlington, VA | Educational | hotel, travel |
| 5. | NACTT | 7/21/16 to 7/23/16 | Philadelphia, PA | Educational | hotel, travel, meals |
| 6. | American Conference Inst | 9/26/16 to 9/27/16 | Dallas, TX | Educational | hotel, travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 12/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 | | | | | | | | | |
| 2. -Pershing Government Account money market | A | Int./Div. | | | Redeemed (part) | 02/08/16 | K | | |
| 3. | | | | | Redeemed (part) | 02/17/16 | J | | |
| 4. | | | | | Redeemed | 04/11/16 | K | | |
| 5. -Flexinsured Account money market | A | Int./Div. | | | Open | 04/11/16 | K | | |
| 6. | | | | | Redeemed | 08/10/16 | K | | |
| 7. -Ameriprise Insured money market | A | Int./Div. | K | T | Open | 08/10/16 | K | | |
| 8. -Citigroup Inc common | A | Dividend | | | Buy (add'l) | 02/11/16 | J | | |
| 9. | | | | | Sold | 08/16/16 | L | | |
| 10. -Dominion Res Inc VA common | A | Dividend | K | T | | | | | |
| 11. -Duke Energy Corp common | A | Dividend | K | T | | | | | |
| 12. -Freeport McMoran Copper & Gold Cl B mutual fund | A | Dividend | J | T | | | | | |
| 13. -Frontier Communitations Corp common | A | Dividend | J | T | | | | | |
| 14. -Pfizer Inc common | A | Dividend | J | T | | | | | |
| 15. -Potash Corp common | A | Dividend | J | T | | | | | |
| 16. -Southern Company common | A | Dividend | K | T | | | | | |
| 17. -SPDR S&P Bank ETF | A | Dividend | J | T | Buy | 11/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Verizon Communications common | A | Dividend | K | T | | | | | |
| 19. -Weyerhaeuser Company common | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 20. -Allianz GI NFJ Divid Int & Prem Strategy mutual fund | C | Dividend | K | T | Buy | 02/03/16 | K | | |
| 21. | | | | | Buy (add'l) | 11/15/16 | K | | |
| 22. -Blackrock Util & Infrastructure mutual fund | B | Dividend | K | T | | | | | |
| 23. -Franklin Income Fund Cl C mutual fund | A | Dividend | K | T | | | | | |
| 24. -Franklin Gold and Precious Metals Fund | | None | J | T | | | | | |
| 25. -Franklin High Income Fund Cl C mutual fund | C | Dividend | L | T | | | | | |
| 26. -Mainstay Epoch Global Equity Yield Fund Cl C mutual fund | A | Dividend | K | T | | | | | |
| 27. -Sunamerica Senior Floating Rate Fund Cl C mutual fund | B | Dividend | L | T | | | | | |
| 28. -Voya Infrastructure Industrials & Materials- mutual fund | B | Dividend | K | T | Buy | 02/03/16 | K | | |
| 29. -Ishares Silver Trust | | None | J | T | | | | | |
| 30. -Spdr Gold Trust | | None | J | T | | | | | |
| 31. IRA # 2 | C | Int./Div. | L | T | | | | | |
| 32. -Pershing Government Account money market | A | Int./Div. | | | Redeemed | 08/10/16 | J | | |
| 33. -Ameriprise Insured money market | A | Int./Div. | J | T | Open | 08/10/16 | J | | |
| 34. -Blackrock Enhanced Equity Div | A | Dividend | J | T | Buy | 11/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Frontier Communications common | A | Dividend | J | T | | | | | |
| 36. -Verizon Communications common | A | Dividend | J | T | | | | | |
| 37. -Franklin Income Fund Cl C mutual fund | A | Dividend | K | T | | | | | |
| 38. -Franklin Dynatech Cl C mutual fund | A | Dividend | J | T | | | | | |
| 39. -Franklin High Income Fund Cl C mutual fund | A | Dividend | J | T | | | | | |
| 40. -Icon Energy Fund Cl C mutual fund | A | Dividend | J | T | | | | | |
| 41. -Mainstay Epoch Global Equity Yield Cl C mutual fund | A | Dividend | J | T | | | | | |
| 42. Federated Capital Reserves money market | A | Dividend | | | Redeemed | 08/10/16 | J | | |
| 43. Ameriprise Insured Money Market | A | Dividend | K | T | Open | 08/10/16 | J | | |
| 44. | | | | | Buy (add'l) | 09/28/16 | K | | |
| 45. | | | | | Redeemed (part) | 12/05/16 | K | | |
| 46. NJ Economic Dev Auth St Pension 2/15/21 Zero Coupon Bond | A | Interest | K | T | | | | | |
| 47. Freeport McMoran Copper & Gold Cl B mutual fund | A | Dividend | J | T | | | | | |
| 48. Potash Corp common | A | Dividend | J | T | | | | | |
| 49. Best of America IV Variable Rate Annuity | | | | | | | | | |
| 50. -NW NVIT Mny Mkt 1 | A | Int./Div. | J | T | | | | | |
| 51. -NW NVIT Muti Mgr Mdcap GR 1 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -NW NVIT Mult Mgr Intl GR III | A | Int./Div. | J | T | | | | | |
| 53.   -NW NVIT Real Est 1 | A | Int./Div. | J | T | | | | | |
| 54.   TIAA 401a (X) | | | | | | | | | |
| 55.   -TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 56.   -CREF Growth R3 | A | Int./Div. | J | T | | | | | |
| 57.   -CREF Iquity Index R3 | A | Int./Div. | J | T | | | | | |
| 58.   -CREF Inf-Linked Bond R3 | A | Int./Div. | J | T | | | | | |
| 59.   TD Bank | A | Interest | J | T | | | | | |
| 60.   Mass Mutual Whole Life Insurance | C | Dividend | | | Redeemed | 08/30/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaplan, Michael B. | 12/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Y- 2015 FDR, Line 30,31,32,33,43 & 44- prior year assets of emancipated child no longer required to be reported.

X- 2015 FDR Line 45 was inadvertantly mis-identified as TIAA CREF money market. It is amended and properly reflected in 2016 FDR lines 54,55,56,57 & 58 as TIAA 401a.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael B. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544